UNITED STATES BANKRUPTCY COURT  
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Hazel Braswell Currie | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-11-80654 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On July 15, 2011, the Debtor's Plan was confirmed. National Finance Company, Inc. ("NFC") has filed a claim in the amount of $1,718.02 secured by a second lien on the Debtor's 2008 Chevrolet Malibu ("the automobile"). NFC was not listed as a secured creditor in the case.

The Standing Trustee respectfully recommends to the Court that an Order be entered providing that the claim of NFC shall be paid directly by the Debtor according to the terms of the indebtedness.


Date: August 2, 2011                  s/Richard M. Hutson, II  
     ltp                          Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before <u>September 2, 2011</u>, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on <u>September 22, 2011</u>, at 11:00 a.m., at the following location:

*Courtroom,*  
*Venable Center*  
*Dibrell Building, Suite 280*  
*302 East Pettigrew Street*  
*Durham, NC 27701*

Date: August 2, 2011                        OFFICE OF THE CLERK  
                                                     U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-11-80654 C13D**

Hazel Braswell Currie
1918 Peppertree Street
Durham, NC 27705

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

National Finance Company, Inc.
Attn: Managing Agent
151 Pinnacle Drive
Little River, SC 29566