UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Hazel Braswell Currie**

Social Security No.: xxx-xx-0322
Address: 1918 Peppertree Street, Durham, NC 27705-

Case No. 11-80654
Chapter 13

Debtor

## OPPOSITION TO MOTION

The Debtor, by and through the attorney undersigned, hereby oppose the motion filed by RICHARD HUTSON (hereinafter the "trustee"), and dated 8/2/11, in its entirety, based upon the following:

The Debtor requests the claim filed by National Finance Company, Inc. ("NFC") be paid inside the Chapter 13 plan secured to the extent their is value left after the first lien held by Coastal Federal Credit Union and the remainder unsecured.

**WHEREFORE** the Debtor prays that the Court deny the said trustee's motion, set this matter for hearing, and provide such other relief as to the Court seems just and proper.

Dated: August 3, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No.: 10212
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750

GenOppos.wpt (rev. 3/22/06)

## CERTIFICATE OF SERVICE

I, Charlene Ennemoser, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on August 3, 2011, I served copies of the foregoing **Opposition to Motion**, by automatic **electronic noticing** upon the following parties:

Richard Hutson
Chapter 13 Trustee


by **regular U.S. mail**, upon the following parties:

Hazel Braswell Currie
1918 Peppertree Street
Durham, NC 27705-

/s Charlene Ennemoser
Charlene Ennemoser